█ In the Matter of LEWIS O. LAMB, Respondent, against A. JOHN GADA et al., Constituting the Board of Inspectors of Election of Fishers Island Ferry District, et al., Appellants, and TOWN BOARD, TOWN OF SOUTHOLD, COUNTY OF SUFFOLK, Respondent.— In a proceeding under section 330 of the Election Law, for recanvass of the votes cast at a public election on August 9, 1955 for the office of Commissioner of the Fishers Island Ferry District, the appeal is from so much of an order as corrects the official canvass and directs the issuance of a new certificate of election accordingly. Order insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.